```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**AMY THOMPSON, Individually and as Parent of T.T., a minor under the age of 18 years,**

  **Plaintiff,**

**v.**          **CIVIL ACTION NO. 2:21-cv-1**
                  **(KLEEH)**

**DALTON SCOTT SMITH, MACDONALD DELIVERY, INC., and FED-EX GROUND PACKAGE SYSTEM, INC.,**

  **Defendants.**

## ORDER APPOINTING GUARDIAN *AD LITEM*

Pending before this Court is Plaintiff's *Motion for Approval of Infant Settlement*. The Court **FINDS** good cause to appoint a Guardian *ad litem* to protect the minor's interests in this matter. It is accordingly **ORDERED** that that Monica Haddad, a lawyer in good standing before this Court, is hereby appointed as Guardian *ad Litem* for the infant T.T., a minor under the age of 18 years, and **DIRECTS** counsel for Plaintiff to forward any appropriate information and the proposed settlement agreement to the Guardian *ad litem* no later than **July 1, 2021.**

The Court further **DIRECTS** Counsel for Plaintiff to file a notice of having provided the information to the Guardian *ad litem* by no later than **July 12, 2021,** with at least four proposed dates

on which the parties can appear for an infant settlement proceeding.

The Court directs the Clerk to transmit copies of this Order to all counsel of record and to Monica Haddad, Esq.

**DATED:** June 9, 2021

                                /s/ Thomas S. Kleeh
                                Thomas S. Kleeh
                                United States District Judge