# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF WEST VIRGINIA

**AMY THOMPSON, Individually
and as Parent of T.T.,
a minor under the age of 18 years,**

    **Plaintiff,**

v.                                                  **Docket No.: 2:21-CV-1**
                                                          **Judge Kleeh**

**DALTON SCOTT SMITH,
MACDONALD DELIVERY, INC., and
FED-EX GROUND PACKAGE SYSTEM, INC.**

    **Defendants.**

## STIPULATION OF FINAL DISMISSAL

**NOW COME** the Plaintiff and Defendants, by counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal, with prejudice, of all claims asserted by Plaintiff Amy Thompson, as parent of T.T., a minor under the age of 18 years.  With the filing of this Stipulation, the parties represent that all matters in controversy have now been resolved by the parties, and this matter should be removed from the active docket of this Court.

Respectfully Submitted,

/s/ Kala L. Sowers
**Dino S. Colombo (WV Bar No. 5066)**
**Kala L. Sowers (WV Bar No. 11350)**
Colombo Law
341 Chaplin Road, 2nd Floor
Morgantown, WV 26501
Telephone: (304) 599-4229
DinoS@ColomboLaw.com
KalaS@ColomboLaw.com
*Attorneys for Plaintiff*

/s/ Bryson F. Datt, Jr. w/ permission by KLS
**Bryson F. Datt, Jr. (WV Bar No.10218)**
Burns White
48 26th Street
Pittsburgh, PA 15222
Telephone: (412) 995-3255
bfdatt@burnswhite.com
*Attorney for Defendants*

1

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

**AMY THOMPSON, Individually
and as Parent of T.T.,
a minor under the age of 18 years,**

      **Plaintiff,**

v.                                                   **Docket No.: 2:21-CV-1
                                                                 Judge Kleeh**

**DALTON SCOTT SMITH,
MACDONALD DELIVERY, INC., and
FED-EX GROUND PACKAGE SYSTEM, INC.**

      **Defendants.**

### CERTIFICATE OF SERVICE

      I, Kala L. Sowers, hereby certify that on November 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Bryson F. Datt, Jr.
Burns White
48 26th Street
Pittsburgh, PA 15222
bfdatt@burnswhite.com

                                    /s/ Kala L. Sowers
                                    Kala L. Sowers (WV Bar No. 11350)
                                    Colombo Law
                                    341 Chaplin Road, 2nd Floor
                                    Morgantown, WV 26501
                                    Telephone: (304) 599-4229
                                    kalas@colombolaw.com