IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AMY THOMPSON, individually and as a
Parent of T.T., a minor under the age
of 18 years,

    Plaintiff,

v.                                  CIVIL ACTION NO. 2:21-CV-01
                                          (KLEEH)

DALTON SCOTT SMITH,
MACDONALD DELIVERY, INC., and
FED-EX GROUND PACKAGE SYSTEM, INC.,

    Defendants.

## DISMISSAL ORDER

Pursuant to the stipulation of dismissal [Dkt. No. 16] filed in this matter, the Court **ORDERS** this matter **DISMISSED WITH PREJUDICE.**

It is so **ORDERED.**

The Clerk is directed to strike this matter from the active docket of the court and to transmit copies of this Order by email to counsel of record.

**DATED:** November 2, 2021

                                                      */s/* Thomas S. Kleeh
                                                      THOMAS S. KLEEH
                                                      UNITED STATES DISTRICT JUDGE